1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8
9    BERNARD ANDREW WHITE,                1:08-cv-00365-OWW-DLB (PC)
10          Plaintiff,                    ORDER TO SUBMIT APPLICATION
                                          TO PROCEED IN FORMA PAUPERIS
11          vs.                           **OR**  PAY FILING FEE WITHIN 45 DAYS
12   THE STATE OF CALIFORNIA
     TEHACHAPI CORRECTIONAL
13   INSTITUTION,
                 Defendants.
14   _____/
15
16          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §
17   1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma
     pauperis pursuant to 28 U.S.C. § 1915.
18
19          Accordingly, IT IS HEREBY ORDERED that:
20          Within forty-five (45) days of the date of service of this order, plaintiff shall submit the
21   attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay
22   the $350.00 filing fee for this action.  **No requests for extension will be granted**.  Within sixty (60)
23   days of the date of service of this order, plaintiff shall submit a certified copy of his/her prison trust
24   statement for the six month period immediately preceding the filing of the complaint.
25          **Failure to comply with this order will result in a recommendation that this action be**
26   **dismissed.**
27
28

IT IS SO ORDERED.

Dated:   **March 27, 2008**                            **/s/ Dennis L. Beck**
                                                    UNITED STATES MAGISTRATE JUDGE