1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

BERNARD ANDREW WHITE,                     CASE NO. 1:08-cv-00365 OWW DLB PC

              Plaintiff,               ORDER DISREGARDING MOTION

    vs.                                      (Doc. 8)

THE STATE OF CALIFORNIA, et al.,

              Defendants.

_____/

      Plaintiff Bernard Andrew White ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  On May 21, 2008, plaintiff filed a document entitled "Motion to Federal Rule 83-143 Stipulations for filing contents of Documents that entitle to federal Rule 133.  Also Apply to Department of Corrections Tehachapi Institution. on 602 appeal cancelled and unappropriate [sic] punishment". (Doc. 8).

      Local Rule 83-143 provides for the entering of stipulations.  It appears that Plaintiff has submitted a six page document he wishes to have approved by the Court.  Plaintiff's request is both procedurally defective and premature.  Stipulations in writing must be signed by all attorneys or parties in propria persona who have appeared in the action and are affected by the stipulation.  Local Rule 83-143(1).   No defendant has yet appeared in this action and the proposed stipulation is signed only by plaintiff.  Plaintiff's motion is DISREGARDED.

      IT IS SO ORDERED.

**Dated:**  __December 8, 2008__        _____/s/ **Dennis L. Beck**_____
                                     UNITED STATES MAGISTRATE JUDGE